**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ADAM OLIVEIRA, Individually and on Behalf of All Others Similarly Situated,<br>Plaintiff,<br><br>v.<br><br>HOME LOAN SERVICING SOLUTIONS, LTD., WILLIAM C. ERBEY, JOHN P. VAN VLACK, AND JAMES E. LAUTER<br><br>Defendants. | No. 15-cv-00652-VM |

(caption continued on subsequent page)

**NOTICE OF MOTION AND MOTION OF THE INSTITUTIONAL INVESTORS FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF THEIR SELECTION OF COUNSEL, AND CONSOLIDATION OF ALL RELATED ACTIONS**

| | |
|---|---|
| NORVELL BERGLAN, Individually and on Behalf of All Others Similarly Situated,<br>Plaintiff,<br><br>v.<br><br>HOME LOAN SERVICING SOLUTIONS, LTD., WILLIAM C. ERBEY, JOHN P. VAN VLACK, AND JAMES E. LAUTER<br><br>Defendants. | No. 15-cv-00947-VM |

| | |
|---|---|
| WEST PALM BEACH POLICE PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br>Plaintiff,<br><br>v.<br><br>HOME LOAN SERVICING SOLUTIONS, LTD., WILLIAM C. ERBEY, JOHN P. VAN VLACK, AND JAMES E. LAUTER<br><br>Defendants. | No. 15-cv-01063-VM |

PLEASE TAKE NOTICE that on a date and at a time designated by the Court, before the Honorable Victor Marrero, at the United States District Court for the Southern District of New York, the West Palm Beach Police Pension Fund ("WPB Police"), the City of Fort Lauderdale Police and Firefighters' Retirement System ("FTL P&F"), and The Police Retirement System of St. Louis ("St. Louis Police", and together with WPB Police and FTL P&F, the "Institutional Investors") will respectfully move this Court for entry of an Order, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"): (1) appointing the Institutional Investors as Lead Plaintiff; (2) approving their selection of Saxena White P.A. ("Saxena White") to serve as Lead Counsel for the Class and the Law Offices of Curtis V. Trinko, LLP as Liaison Counsel for the Class; (3) consolidating all related actions pursuant to Rule 42(a) of the Federal Rules of Civil Procedure; and (4) any such further relief as the Court may deem just and proper.

This Motion is made on the grounds that the Institutional Investors believe they are the "most adequate plaintiff" under the PSLRA, and should therefore be appointed Lead Plaintiff. Specifically, the Institutional Investors believe they have the "largest financial interest" in the relief sought by the Class in this action. The Institutional Investors also otherwise satisfy the requirements of Rule 23 of the Federal Rules of Civil Procedure because their claims are typical of other Class members' claims, and because they will fairly and adequately represent the Class. Further, the Institutional Investors are the paradigmatic Lead Plaintiffs envisioned by Congress in enacting the PSLRA because they are sophisticated institutional investors with a substantial financial stake in the litigation who will provide effective monitoring and supervision of counsel.

This Motion is based upon this Notice of Motion, the accompanying Memorandum of Law in support thereof, the Declaration of Joseph E. White, III filed herewith, the Joint

Declaration of Jonathan Frost, Michael Dew, and Stephen G. Olish filed herewith, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, the Institutional Investors respectfully request that the Court: (1) appoint the Institutional Investors as Lead Plaintiff; (2) approve the Institutional Investors' selection of Saxena White to serve as Lead Counsel for the Class and the Law Offices of Curtis V. Trinko, LLP as Liaison Counsel for the Class; (3) consolidate all related actions pursuant to Rule 42(a) of the Federal Rules of Civil Procedures; and (4) grant such other further relief as the Court may deem just and proper.

Dated: March 30, 2015

Respectfully submitted,

**LAW OFFICES OF CURTIS V. TRINKO, LLP**

By: *<u>/s/ Curtis V. Trinko</u>*

Curtis V. Trinko (CT-1838)
Jennifer Traystman (JT-7583)
C. William Margrabe (CM-7734)
16 West 46th Street, 7th Floor
New York, NY 10036
Tel: (212) 490-9550
Fax: (212) 986-0158
Email: Ctrinko@trinko.com

*Proposed Liaison Counsel for the Class*

**SAXENA WHITE P.A.**
Joseph E. White, III
Lester R. Hooker
5200 Town Center Circle, Suite 601
Boca Raton, FL 33486
Telephone: (561) 394-3399
Facsimile: (561) 394-3382
jwhite@saxenawhite.com
lhooker@saxenawhite.com

*Proposed Lead Counsel for the Class*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the March 30, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered users.

*/s/ Curtis V. Trinko*
Curtis V. Trinko