**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| IN RE HOME LOAN SERVICING SOLUTIONS, LTD. SECURITIES LITIGATION | Case No. 16-cv-60165-WPD |

**NOTICE OF SETTLEMENT**
**AND JOINT MOTION TO ADJOURN SCHEDULING ORDER DEADLINES**

Lead Plaintiffs West Palm Beach Police Pension Fund, the City of Fort Lauderdale Police and Firefighters' Retirement System, and The Police Retirement System of St. Louis, and Defendants Home Loan Servicing Solutions, Ltd., William C. Erbey, John P. Van Vlack, and James E. Lauter, by and through undersigned counsel hereby notify the Court of settlement in principle of this matter, subject to documentation, and advise as follows:

1. WHEREAS the parties to this Action have participated in an arm's-length mediated settlement process resulting in a proposed settlement in principle of all matters related to this Action, which was reached on May 11, 2017.

2. WHEREAS proposed settlements of a Rule 23(b)(3) class action, such as this one, require notice to class members, an opportunity for those class members to object, and final approval by the Court after a hearing at which class members may appear and be heard. Fed. R. Civ. P. 23(e).

3. WHEREAS in order to document the proposed settlement for submission to the Court for preliminary approval, the parties must draft a Stipulation and Agreement of Settlement (the "Stipulation") setting forth the terms and conditions of the settlement, the form of class notice, proposed orders, and related documents to be submitted for Court approval. Specifically,

the Stipulation will include as exhibits the following documents necessary to provide notice to the proposed settlement class (the "Class") and ultimately effectuate final Court approval of the proposed settlement:

(a) the proposed Preliminary Approval Order for entry by the Court that will, among other things, grant preliminary approval of the settlement, schedule a final approval hearing, and approve the form and method of providing notice to the Class;

(b) the detailed Settlement Notice that will be mailed to Class members and their nominees following preliminary approval;

(c) the Proof of Claim and Release Form to accompany the mailed Settlement Notice that Class members will need to submit to be eligible to receive a payment from the settlement;

(d) the Plan of Allocation in the mailed Settlement Notice for the distribution of the settlement proceeds to eligible Class members;

(e) the Summary Notice for publication in a national financial newspaper and over an internet newswire service; and

(f) the proposed Final Judgment for entry by the Court, provided that, after notice to the Class and following the final approval hearing, the Court determines that the settlement is fair, reasonable and adequate such that the Court grants final approval of the settlement and dismisses the Action with prejudice.

4. WHEREAS in connection with the settlement documentation to seek preliminary approval of the settlement and approval of the Class notice, Lead Counsel will also need to solicit bids from prospective claims administration firms to perform notice and administration

services for this settlement. The bidding process will allow Lead Counsel to retain a claims administrator at the lowest possible cost to the Class.

5. The parties anticipate that within 14 days of entry of an Order Adjourning Scheduling Order Deadlines, Lead Plaintiffs will be in a position to file a motion seeking preliminary approval of the settlement, notice to the Class, and a date for the final approval hearing.

WHEREFORE, in light of the foregoing, the parties respectfully request that the Court enter the attached [Proposed] Order Adjourning Scheduling Order Deadlines, which has been reviewed, approved, and authorized to be filed by counsel for all parties. Good cause exists to grant the requested relief, which will conserve the time and resources of the parties and this Court and will neither prejudice any party nor unduly burden the Court.

Pursuant to Local Rule 7.1(a)(3), counsel for Lead Plaintiffs and the undersigned Defendants certify that they have conferred, consent to the relief requested herein, and jointly request entry of the attached [Proposed] Order.

Dated: May 23, 2017

**SAXENA WHITE P.A.**

*/s/ Joseph E. White, III*
Maya Saxena (Fla. Bar No. 0095494)
msaxena@saxenawhite.com
Joseph E. White III (Fla. Bar No. 621064)
jwhite@saxenawhite.com
Lester R. Hooker (Fla. Bar No. 0032242)
lhooker@saxenawhite.com
Brandon T. Grzandziel (Fla. Bar No. 0058732)
brandon@saxenawhite.com
5200 Town Center Circle, Suite 601
Boca Raton, Florida 33486
Phone: (561) 394-3399
Fax: (561) 394-3382

-and-

Steven B. Singer
ssinger@saxenawhite.com
4 West Red Oak Lane, Suite 312
White Plains, NY 10604
Phone: (914) 437-8551
Fax: (888) 631-3611

*Lead Counsel for Lead Plaintiffs and the Class*

**WEIL, GOTSHAL & MANGES LLP**

*/s/ Richard W. Slack*
Richard W. Slack
Richard.slack@weil.com
767 Fifth Avenue
New York, NY 10153
Phone: (212) 310-8000
Fax: (212) 310-8007

*Attorneys for Defendants HLSS, Van Vlack, and Lauter*

**SULLIVAN & CROMWELL LLP**

*/s/ Darrell S. Cafasso*
Darrell S. Cafasso
cafassod@sullcrom.com
125 Broad Street
New York, NY 10004
Phone: (216) 558-4000
Fax: (212) 558-3588

*Attorneys for Defendant Erbey*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system. Notice of filing will be sent to counsel of record by operation of the Court's electronic filing system.

*/s/ Joseph E. White, III*
Joseph E. White, III