**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| IN RE HOME LOAN SERVICING SOLUTIONS, LTD. SECURITIES LITIGATION | Civil No.: 16-cv-60165-WPD |

**ORDER ON NOTICE OF SETTLEMENT**

THIS CAUSE is before the Court upon the Notice of Settlement and Joint Motion to Adjourn Scheduling Order Deadlines [DE 105], filed herein on May 23, 2017. The parties state that the case has settled and the parties require 14 days to submit the proper documentation for Court approval of a class action settlement pursuant to Fed. R. Civ. P. 23(e). The Court has carefully considered the Motion [DE 105] and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion [DE 105] is **GRANTED**.
2. All deadlines in the September 2016 Scheduling Order [DE 94] are **ADJOURNED** until further Order of the Court.
3. The parties shall file the appropriate documents for Court approval of the settlement on or before **June 9, 2017**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 26th day of May, 2017.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record